# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-91 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ERIC DUNCAN DERRICOATTE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 5/9/2022. A superseding violation report was filed on January 25, 2023. The Court referred this matter to Magistrate Judge Thomas M. Parker to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Parker reported that a supervised release violation hearing was held on 3/8/2023. The hearing involved the following violations:

1. New Law Violation.
2. Whereabouts Unknown.

The magistrate judge filed a report and recommendation on 3/8/2023, in which he recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on 4/6/2023. Present were the following: Assistant U.S. Attorney Toni Schnellinger, representing the United States; Attorney Darin Thompson, representing the defendant; the Defendant Eric Duncan Derricoatte; and United States Probation Officer Christopher Mitchell.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 32 months. The Court recommends to the Bureau of Prisons that the defendant be placed in a facility as close to northeast Ohio as possible, so that he may be as close to his family as possible, and that the defendant participate in any trades programs offered at the designated facility. Following imprisonment, the defendant will serve a term of supervised release of 4 years, with the same terms and conditions that were imposed on his original judgment filed on October 14, 2011 (Doc. No. 597), as well as the following additional condition: the Court recommends, upon defendant's release from custody, that the defendant be considered for the reentry program in the Northern District of Ohio. Defendant remanded.

**IT IS SO ORDERED**.

Dated: April 6, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**